UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 12-1403 SI (pr) |
| MICHELLE SPEED, | **ORDER OF DISMISSAL** |
| Plaintiff. | |

This case was opened on March 20, 2012 when the court received from plaintiff a letter to Judge Henderson in which she complained about medical care at the prison at which she was incarcerated. In an effort to protect her rights, it was filed as a new case. Plaintiff was informed that she had not filed a complaint and was given thirty days to do so. She also was sent a notice that she had not paid the filing fee or applied for leave to proceed *in forma pauperis*. She was allowed thirty days to either pay the fee or file the application. A copy of the court's form for *in forma pauperis* application was provided with the notice, along with a return envelope. In response, she wrote back that she wanted to file her action in September 2012 when she paroles (Docket # 4.) This case is therefore DISMISSED without prejudice. No fee is due. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 18, 2012

_____
SUSAN ILLSTON
United States District Judge