**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 12-1403 SI (pr) |
| MICHELLE SPEED, | **JUDGMENT** |
|     Plaintiff. | |
| _____/ | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 18, 2012

_____
SUSAN ILLSTON
United States District Judge