UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 12-1403 SI (pr) |
| MICHELLE SPEED, | **JUDGMENT** |
|     Plaintiff. | |
| _____/ | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 18, 2012                         _____
                                                                    SUSAN ILLSTON
                                                              United States District Judge